UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:14-CR-00181 |
| | ) | Judge Haynes |
| JOSE CAMARENA | ) | |

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW the Defendant, **Jose Camarena**, by and through his undersigned counsel, Peter J. Strianse, Esq., and hereby moves this Court for the entry of an Order substituting Peter J. Strianse as counsel of record for Defendant Camarena and relieving Assistant Federal Defender Dumaka Shabazz of other or further responsibility in this cause. In support hereof, Defendant states as follows:

1. Assistant Federal Defender Dumaka Shabazz was originally appointed to represent Mr. Camarena in this criminal action. (Docket Entry 8).

2. On November 3, 2014, undersigned counsel was retained by Mr. Camarena's family to represent him in this matter.

3. After conferring with Mr. Shabazz, it was agreed, subject to the Court's approval, that undersigned counsel would relieve Mr. Shabazz of further representation of Mr. Camarena. Mr. Shabazz has authorized undersigned counsel to report that he has no objection to this proposed substitution.

4. Undersigned counsel filed his *Notice of Appearance* on November 3, 2014.

**WHEREFORE**, based on the foregoing, Defendant Camarena respectfully requests that this Honorable Court enter an Order substituting Peter J. Strianse as counsel of record.